United States Bankruptcy Court for the:

## District of New Jersey

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Frutta Bowls Franchising, LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 81-5185774 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 54 Hudson Street | |
| Number        Street | Number        Street |
| | P.O. Box |
| Freehold          NJ     07728 | |
| City            State    ZIP Code | City            State    ZIP Code |
| Monmouth County | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number        Street |
| | City            State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Frutta Bowls Franchising, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   Frutta Bowls Franchising, LLC
         _____          Case number (if known)_____
         Name

**16. Estimated liabilities**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☒ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/15/2019
            MM  / DD / YYYY

✖ /s/
_____          _____
Signature of authorized representative of debtor          Printed name

Title _____

**18. Signature of attorney**

✖ /s/ Joel  Schwartz
_____          Date  02/15/2019
Signature of attorney for debtor                          MM    / DD / YYYY

Joel  Schwartz
_____
Printed name
Spadea Lignana
_____
Firm name
222 New Rd  Suite 402
_____
Number        Street
Linwood                                    NJ        08221
_____          _____  _____
City                                       State      ZIP Code

6096779454                                 jschwartz@spadealaw.com
_____          _____
Contact phone                              Email address

046611995                                  NJ
_____          _____
Bar number                                 State

---

**Fill in this information to identify the case:**

Debtor name ___Frutta Bowls Franchising, LLC___

United States Bankruptcy Court for the: ___District of New Jersey___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................... $ _____4,700.00_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................... $ _____588,637.00_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................... $ _____593,337.00_____

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................ $ _____0.00_____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................................... $ _____0.00_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................ +$ _____762,643.00_____

4. **Total liabilities**...................................................................................................................... $ _____762,643.00_____
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _____Frutta Bowls Franchising, LLC_____

United States Bankruptcy Court for the: __District of New Jersey_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Justin Bitner 109 Bellis Court Bridgewater, NJ, 08807 | | Settlement | Unliquidated | | | 125,000.00 |
| 2 | Robert Calavetta 1117 Verdent Road Toms River, NJ, 08753 | | Franchise fee-never opened | Disputed | | | 60,000.00 |
| 3 | Adam Pierce 5018 Centennial Blvd Nashville, TN, 37209 | | Franchise fee-never opened | Disputed | | | 50,000.00 |
| 4 | Andy Keenan 402 Wayne Brooks Drive Chester Springs, PA, 19425 | | Franchise fee-never opened | Disputed | | | 40,000.00 |
| 5 | Dan Jackson 452 Warfield Road Plainfield, NJ, 07063 | | Franchise fee- never opened | Disputed | | | 40,000.00 |
| 6 | Sonya Lamb 7056 Eastchase Pkwy Montgomery, AL, 36117 | | Expired Franchise Agreement | Disputed | | | 40,000.00 |
| 7 | Harris Atkins 51A Lawrence Lane Bay Shore, NY, 11706 | | Franchise fee-never opened | Disputed | | | 30,000.00 |
| 8 | John Hammati 2048 W Allen Street Allentown, PA, 18104 | | Franchise fee-never opened | Disputed | | | 20,000.00 |

Debtor    Frutta Bowls Franchising, LLC
Name

Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Johnny Strayline 50 Colonial Court Jackson, NJ, 08527 | | Franchise fee-never opened | Disputed | | | 20,000.00 |
| 10 | Dan Murphy 2 Solomon Court Jackson, NJ, 08527 | | franchise fee-never opened | Disputed | | | 20,000.00 |
| 11 | Dhaval Patel 23 Atlantic Avenue Aberdeen, NJ, 07747 | | franchise fee-never opened | Disputed | | | 20,000.00 |
| 12 | Scott Barber 635 Bay Avenue Toms River, NJ, 08753 | | Franchise fee-never opened | Disputed | | | 20,000.00 |
| 13 | Digant Patel 25296 Nesting Sqare Chantilly, VA, 20152 | | Franchise fee-never opened | Disputed | | | 20,000.00 |
| 14 | Charlene and Antoine Atme 14 Serafin Place Glen Rock, NJ, 07452 | | Franchise fee never opened | Disputed | | | 20,000.00 |
| 15 | Monica Furai 37 Las Brisas Blvd Voorhees, NJ, 08043 | | Franchise fee-never opened | Disputed | | | 20,000.00 |
| 16 | Anthony Rosania 2 Bronia Street Howell, NJ, 07731 | | franchise fee-never opened | Disputed | | | 20,000.00 |
| 17 | Jason Schwartz 540 Shoppes Blvd North Brunswick, NJ, 08902 | | Franchise fee-never opened | Disputed | | | 20,000.00 |
| 18 | Raymond Kenny 379 Arlington Ave N Bayville, NJ, 08721 | | franchise fee-never opened | Disputed | | | 20,000.00 |
| 19 | Seth Katz 510 Rt 9 N 2nd Manaplan, NJ, 07726 | | Franchise fee-never opened | Disputed | | | 20,000.00 |
| 20 | Johnny Strayline 50 Colonial Court Jackson, NJ, 08527 | | franchise fee-never opened | Disputed | | | 20,000.00 |

**Fill in this information to identify the case:**

Debtor name _Frutta Bowls Franchising, LLC_

United States Bankruptcy Court for the: _District of New Jersey_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. Undeposited funds | $ 7,570.00 |
| 4.2. See continuation sheet | $ 149,067.00 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       $ 156,637.00

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. Security deposit-landlord | $ 18,000.00 |
| 7.2. _____ | $_____ |

Debtor    Frutta Bowls Franchising, LLC _____    Case number (if known)_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid expenses _____    $ 9,255.00 _____

8.2. _____    $ _____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.    $ 27,255.00 _____

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   76,280.00 _____  –  0.00 _____  = .......→    $ 76,280.00 _____
                            face amount            doubtful or uncollectible accounts

11b. Over 90 days old:   103,465.00 _____  –  0.00 _____  = .......→    $ 103,465.00 _____
                         face amount             doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 179,745.00 _____

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                     % of ownership:

15.1. _____    _____%    _____    $ _____

15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.    $ _____

---

Debtor    Frutta Bowls Franchising, LLC
_____    Case number (*if known*)_____
         Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor    Frutta Bowls Franchising, LLC
_____    Case number (if known)_____
Name

33.  **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>office furniture | $_____ | _____ | $ 10,000.00 |
| 40.  **Office fixtures** | $_____ | _____ | $_____ |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment, computers phones | $_____ | _____ | $ 15,000.00 |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43.  **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 25,000.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Frutta Bowls Franchising, LLC _____  Case number (*if known*)_____
　　　　　Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known) _____
         Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Leasehold Interest<br>54 Hudson Street<br>Freehold, NJ | Leasehold Improvement | $_____ | _____ | $ 4,700.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 4,700.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>Intellectual Property, operating formalities, royalties | $_____ | _____ | $ 200,000.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 200,000.00

Debtor    Frutta Bowls Franchising, LLC
_____    Case number *(if known)*_____
Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____    _____ – _____ = ➡    $_____
                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Lawsuit
_____    $ Unknown

Nature of claim    Malpractice-Legal

Amount requested    $ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Frutta Bowls Franchising, LLC
         _____    Case number (if known)_____
         Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 156,637.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 27,255.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 179,745.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ............................................➔ | | $ 4,700.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 200,000.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. .............................91a. | $ 588,637.00 | + 91b. $ 4,700.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... 593,337.00 ............... $ 593,337.00

Debtor 1     Frutta Bowls Franchising, LLC

First Name     Middle Name     Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**4) Other cash equivalents**

| | |
|---|---|
| **Advertising account** | $67.00 |
| **Operating account** | $149,000.00 |

**Fill in this information to identify the case:**

Debtor name    Frutta Bowls Franchising, LLC

United States Bankruptcy Court for the:    District of New Jersey District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Frutta Bowls Franchising, LLC |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred <br> _____ | Basis for the claim: | | |
| Last 4 digits of account number _____ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred <br> _____ | Basis for the claim: | | |
| Last 4 digits of account number _____ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred <br> _____ | Basis for the claim: | | |
| Last 4 digits of account number _____ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |

| Debtor | Samit Dowlatshahi family LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

**3.1** | Nonpriority creditor's name and mailing address
Adam Pierce
5018 Centennial Blvd
Nashville, TN, 37209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Franchise fee-never opened

$ 50,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** | Nonpriority creditor's name and mailing address
Adam Pierce
5018 Centennial Blvd
Nashville, TN, 37209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Breach of Contract

$ 100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** | Nonpriority creditor's name and mailing address
Andrew Jackowtiz
325 US Highway 22W
Flemington, NJ, 08822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Expired Franchise Agreement

$ 20,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** | Nonpriority creditor's name and mailing address
Andrew Jackowtiz
325 US Highway 22 West
Flemington, NJ, 08822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Breach of Contract

$ 100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** | Nonpriority creditor's name and mailing address
Andy Keenan
402 Wayne Brooks Drive
Chester Springs, PA, 19425

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Franchise fee-never opened

$ 40,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** | Nonpriority creditor's name and mailing address
Anthony Rosania
2 Bronia Street
Howell, NJ, 07731

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: franchise fee-never opened

$ 20,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____    Case number _____
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**    Nonpriority creditor's name and mailing address

Athes Dounells
37 Waverly Place
Red Bank, NJ, 07701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 100.00

---

**3.8**    Nonpriority creditor's name and mailing address

Charlene and Antoine Atme
14 Serafin Place
Glen Rock, NJ, 07452

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Franchise fee never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 20,000.00

---

**3.9**    Nonpriority creditor's name and mailing address

Christina Rosano
6 Lauren Court
Manaplan, NJ, 07726

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Franchise fee-never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 20,000.00

---

**3.10**    Nonpriority creditor's name and mailing address

Christy Barber
635 Bay Avenue
Toms River, NJ, 08753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 100.00

---

**3.11**    Nonpriority creditor's name and mailing address

Dan Jackson
452 Warfield Road
Plainfield, NJ, 07063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 100.00

---

Debtor _____    Case number _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3. 12   Nonpriority creditor's name and mailing address**

Dan Jackson
452 Warfield Road
Plainfield, NJ, 07063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 40,000.00

**Basis for the claim:** Franchise fee- never opened

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 13   Nonpriority creditor's name and mailing address**

Dan Jackson
452 Warfield Road
North Plainfield, NJ, 07063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 14   Nonpriority creditor's name and mailing address**

Dan Murphy
2 Solomon Court
Jackson, NJ, 08527

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 20,000.00

**Basis for the claim:** franchise fee-never opened

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 15   Nonpriority creditor's name and mailing address**

Daniel Crawford
225 Summit Blvd
Birmingham, AL, 35243

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3. 16   Nonpriority creditor's name and mailing address**

Danielle and Steve Papajan
11 Deer Run Drive
Freehold, NJ, 07728

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

Debtor _____
        Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 17**  **Nonpriority creditor's name and mailing address**

Dennis Carrol
6461 E Old Monroe Road
Indian Trail, NC, 28079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 100.00

**3. 18**  **Nonpriority creditor's name and mailing address**

Dhaval Patel
23 Atlantic Avenue
Aberdeen, NJ, 07747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** franchise fee-never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 20,000.00

**3. 19**  **Nonpriority creditor's name and mailing address**

Dhaval Patel
23 Atlantic Avenue
Aberdeen, NJ, 07747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 100.00

**3. 20**  **Nonpriority creditor's name and mailing address**

Digant Patel
25296 Nesting Sqare
Chantilly, VA, 20152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Franchise fee-never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 20,000.00

**3. 21**  **Nonpriority creditor's name and mailing address**

Doug Nixon
3817 Crosswicks Hamilton Square Rd
Trenton, NJ, 08691

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 100.00

Debtor _____
         Name

Case number _____
            (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.22** **Nonpriority creditor's name and mailing address**

Ellie  Khater
270 Walker Drive
State College, PA, 16801

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

Ellie Khater
140 W Franklin Street, Suite 120
Chapel Hill, NC, 27516

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 20,000.00

**Basis for the claim:** franchise fee-never opened

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

Fast Signs
1766 McFarland Blvd N
Tuscaloosa, AL, 35406

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 12,543.00

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

George Kapetanakis
142 Nassau Street
Princeton, NJ, 08542

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

Gionna Marotta
142 S Livingston Avenue
Livingston, NJ, 07039

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor _____    Case number _____
      Name    _(if known)_

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 27   **Nonpriority creditor's name and mailing address**

Harris Atkins
51A Lawrence Lane
Bay Shore, NY, 11706

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 30,000.00

**Basis for the claim:** Franchise fee-never opened

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 28   **Nonpriority creditor's name and mailing address**

Harris Atkins
51A Lawrence Lane
Bayshore, NY, 11706

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 29   **Nonpriority creditor's name and mailing address**

Harris Atkins
51A Lawrence Lane
Bayshore, NY, 11706

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 30   **Nonpriority creditor's name and mailing address**

Harris Atkins
51A Lawrence Lane
Bay Shore, NY, 11706

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 31   **Nonpriority creditor's name and mailing address**

Harris Atkins
51A Lawrence Lane
Bay Shore, NY, 11706

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.32**    **Nonpriority creditor's name and mailing address**

Holly Morrison
4920 Roswell Road, Space 46
Atlanta, GA, 30342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 100.00

---

**3.33**    **Nonpriority creditor's name and mailing address**

Jason Schwartz
540 Shoppes Blvd
North Brunswick, NJ, 08902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Franchise fee-never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,000.00

---

**3.34**    **Nonpriority creditor's name and mailing address**

Jason Schwartz
540 Shoppes Blvd
North Brunswick, NJ, 08902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 100.00

---

**3.35**    **Nonpriority creditor's name and mailing address**

Jesse Farese
500 NJ-73, Marlton
Marlton, NJ, 08053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 100.00

---

**3.36**    **Nonpriority creditor's name and mailing address**

John Baum
2001 Hamilton Street
Philadelphia, PA, 19130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 100.00

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.**37  **Nonpriority creditor's name and mailing address**

John Giambalvo
705 30th Avenue
Northport, AL, 35476

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** franchise fee-never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,000.00

---

**3.**38  **Nonpriority creditor's name and mailing address**

John Hammati
2048 W Allen Street
Allentown, PA, 18104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Franchise fee-never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,000.00

---

**3.**39  **Nonpriority creditor's name and mailing address**

Johnny Strayline
50 Colonial Court
Jackson, NJ, 08527

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 100.00

---

**3.**40  **Nonpriority creditor's name and mailing address**

Johnny Strayline
50 Colonial Court
Jackson, NJ, 08527

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** franchise fee-never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,000.00

---

**3.**41  **Nonpriority creditor's name and mailing address**

Johnny Strayline
50 Colonial Court
Jackson, NJ, 08527

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Franchise fee-never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,000.00

Debtor _____    Case number _____
         Name                                        (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** **42**    **Nonpriority creditor's name and mailing address**

Josh Giambalvo
705 30th Avenue
Northport, AL, 35476

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

$ 100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **43**    **Nonpriority creditor's name and mailing address**

Josh Giambalvo
705 30th Ave
Northport, AL, 35476

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

$ 100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **44**    **Nonpriority creditor's name and mailing address**

Justin Bitner
109 Bellis Court
Bridgewater, NJ, 08807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement

$ 125,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **45**    **Nonpriority creditor's name and mailing address**

Kelsey Healy
167 US 9
Englishtown, NJ, 07726

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

$ 100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **46**    **Nonpriority creditor's name and mailing address**

Kim Arbia
600 Compus Town Drive
Ewing, NJ, 08638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

$ 100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.47 **Nonpriority creditor's name and mailing address**

Kristine Garland
340 NJ-34
Colts Neck, NJ, 07722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

$ 100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.48 **Nonpriority creditor's name and mailing address**

Landon Owen
5194 Hinkleville
Paducah, KY, 42001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

$ 100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.49 **Nonpriority creditor's name and mailing address**

Matt Daniel
127-I, US -130
Riverton, NJ, 08077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

$ 100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.50 **Nonpriority creditor's name and mailing address**

Matt Daniel
127 -I US -130
Riverton, NJ, 08077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Franchise fee never opened

$ 20,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.51 **Nonpriority creditor's name and mailing address**

Michele Cordaro c/o Marks & Klein
63 Riverside Avenue
Red Bank, NJ, 07701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

$ 100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
            Name

                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.52  **Nonpriority creditor's name and mailing address**

Monica Furai
37 Las Brisas Blvd
Voorhees, NJ, 08043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$ 20,000.00**

**Basis for the claim:** Franchise fee-never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.53  **Nonpriority creditor's name and mailing address**

Nick Lancetti
1055 Metropolitan Avenue, A4
Charlotte, NC, 28204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$ 100.00**

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.54  **Nonpriority creditor's name and mailing address**

Nick Netta
177 Washington Valley Road
Warren, NJ, 07059

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$ 100.00**

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.55  **Nonpriority creditor's name and mailing address**

Niraj Hemrajani
25281 Ultimate Drive
Aldie, VA, 20105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$ 100.00**

**Basis for the claim:** breach of contract

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

3.56  **Nonpriority creditor's name and mailing address**

Raymond Kenny
379 Arlington Ave N
Bayville, NJ, 08721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$ 20,000.00**

**Basis for the claim:** franchise fee-never opened

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor _____
       Name

_____
Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** **Nonpriority creditor's name and mailing address**

Raymond Kenny
379 Arlington Avenue N
Bayville, NJ, 08721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

$ 100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.58** **Nonpriority creditor's name and mailing address**

Raymond Kenny
379 Arlington Avenue N
Bayville, NJ, 08721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

$ 100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.59** **Nonpriority creditor's name and mailing address**

Raymond Kenny
379 Arlington Avenue N
Bayville, NJ, 08721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

$ 100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.60** **Nonpriority creditor's name and mailing address**

Robert Calavetta
1117 Verdant Road

Toms River, NJ, 08753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

$ 100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.61** **Nonpriority creditor's name and mailing address**

Robert Calavetta
1117 Verdent Road
Toms River, NJ, 08753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Franchise fee-never opened

$ 60,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____    Case number _(if known)_ _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.62** **Nonpriority creditor's name and mailing address**

Robert Calvetta
1117 Verdant Road
Toms River, NJ, 08753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

$ 100.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**

Robert Calvetta
1117 Verdant Road
Toms River, NJ, 08753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

$ 100.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

Robert Calvetta
1117 Verdant Road
Toms River, NJ, 08753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

$ 100.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

Robin Pianko
57 Main Street
Madison, NJ, 07940

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

$ 100.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** **Nonpriority creditor's name and mailing address**

Robin Pianko
Chimney Rock Crossing East
Unit #A110
Basking Ridge, NJ, 07920

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

$ 100.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
Name _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

Sandy Trebour
6327 Pine Cove Lane
Loveland, OH, 45140

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: breach of contract

$ 100.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.68** Nonpriority creditor's name and mailing address

Scott Barber
635 Bay Avenue
Toms River, NJ, 08753

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Franchise fee-never opened

$ 20,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.69** Nonpriority creditor's name and mailing address

Scott Cammarata
501 N Orlando Avenue, Suite 225
Winter Park, FL, 32789

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: breach of contract

$ 100.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.70** Nonpriority creditor's name and mailing address

Scott Cammarata
13526 Village Park Drive, Suite 224
Orlando, FL, 32837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: breach of contract

$ 100.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.71** Nonpriority creditor's name and mailing address

Seth Katz
510 Rt 9 N 2nd
Manaplan, NJ, 07726

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Franchise fee-never opened

$ 20,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor _____
        Name

        Case number (if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.72** Nonpriority creditor's name and mailing address

Shelly Mayo-Mitchell
3609 Rigby Road
Miamisburg, OH, 45342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

Sonya Lamb
7056 Eastchase Pkwy
Montgomery, AL, 36117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 40,000.00

**Basis for the claim:** Expired Franchise Agreement

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

Sonya Lamb
7056 East Chase Pkwy
Montgomery, AL, 36117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

Sonya Lamb
7056 Eastchase Pkwy
Montgomery, AL, 36117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

Stacey Mangiaruga
241 W Broad Street
Quakertown, PA, 18951

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 100.00

**Basis for the claim:** breach of contract

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**77  **Nonpriority creditor's name and mailing address**

Valerie O'Neill
332 Harvard Oval
Freehold, NJ, 07728

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** breach of contract

$ 100.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____    Case number _(if known)_____
        Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 762,643.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 762,643.00 |

**Fill in this information to identify the case:**

Debtor name ___Frutta Bowls Franchising, LLC___

United States Bankruptcy Court for the: ___District of New Jersey___ District of _____
(State)

Case number (If known): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | Franchise Agreement-Hoover<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Josh Giambalvo<br>705 30th Ave<br>Northport, AL, 35476 |
| **2.2** | Franchise agreement-Baton Rouge Lessor<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Harris Atkins<br>51A Lawrence Lane<br>Bay Shore, NY, 11706 |
| **2.3** | Franchise agreement-Oxford Lessor<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Harris Atkins<br>51A Lawrence Lane<br>Bay Shore, NY, 11706 |
| **2.4** | Franchise agreement-Tampa Lessor<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Harris Atkins<br>51A Lawrence Lane<br>Bay Shore, NY, 11706 |
| **2.5** | Franchise agreement-Ft. Myers Lessor<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Harris Atkins<br>51A Lawrence Lane<br>Bay Shore, NY, 11706 |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Austin Lessor | Harris Atkins 51A Lawrence Lane Bay Shore, NY, 11706 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Kean Lessor | Dhaval Patal 23 Atlantic Avenue Matawan, NJ, 07747 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Store operating-Mason Lessor | Sandy Trebour 6327 Pine Cove Lane Loveland, OH, 45140 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Nashville Lessor | Adam Pierce 5018 Centennial Blvd Nashville, TN, 37209 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Nashville Lessor | Adam Pierce 5018 Centennial Blvd Nashville, TN, 37209 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Nashville Lessor | Adam Pierce 5018 Centennial Blvd Nashville, TN, 37209 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Nashville Lessor | Adam Pierce 5018 Centennial Blvd Nashville, TN, 37209 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Frutta Bowls Franchising, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Nashville Lessor | Adam Pierce 5018 Centennial Blvd Nashville, TN, 37209 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Nashville Lessor | Adam Pierce 5018 Centennial Blvd Nashville, TN, 37209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Flemington Lessor | Andrew Jackowitz 325 US Highway 22 West Flemington, NJ, 08822 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Jersey City Lessor | Christine Rosano 100 Town Square Place Hoboken, NJ, 07030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Hunters Creek Lessor | Scott Camaratta 501 N Orlando Avenue, Suite 225 Winter Park, FL, 32789 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Winter park Lessor | Scott Camaratta 501 N Orlando Ave, Suite 225 Winter Park, FL, 32789 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-College Park Lessor | Robert Calavetta 1117 Verdent Road Toms River, NJ, 08753 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Frutta Bowls Franchising, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement- Ohio State Lessor | Robert Calavetta 1117 Verdent Road Toms River, NJ, 08753 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-St. Petersburg Lessor | Robert Calavetta 1117 Verdent Road Toms River, NJ, 08753 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Clearwater Lessor | Robert Calavetta 1117 Verdent Road Toms River, NJ, 08753 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Charleston Lessor | Robert Calavetta 1117 Verdent Road Toms River, NJ, 08753 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Madison Lessor | Robert Calavetta 1117 Verdent Road Toms River, NJ, 08753 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Knoxville Lessor | Robert Calavetta 1117 Verdent Road Toms River, NJ, 08753 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Ann Harbor Lessor | Robert Calavetta 1117 Verdent Road Toms River, NJ, 08753 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Frutta Bowls Franchising, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Seminole Lessor | Robert Calavetta 1117 Verdent Road Toms River, NJ, 08753 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Jacksonville Lessor | Sonya Lamb 7056 East Chase Pkwy Montgomery, AL, 36117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Tallahassee Lessor | Sonya Lamb 7056  East Chase Pkwy Montgomery, AL, 36117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-College Station Lessor | Sonya Lamb 7056 East Chase Pkwy Montgomery, AL, 36117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Montgomery Lessor | Sonya Lamb 7056 East Chase Pkwy Montgomery, AL, 36117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Gainsville Lessor | Sonya Lamb 7056 East Chase Pkwy Montgomery, AL, 36117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Chapel Hill Lessor | Ellie Khater 140 W Franklin Street, Suite 120 Huntington, WV, 25716 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Frutta Bowls Franchising, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Quakertown Lessor | Stacey Mangiaruga 241 W Broad Street Quakertown, PA, 18951 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-North Brunswick Lessor | Jason Schwartz 540 Shoppes Blvd North Brunswick, NJ, 08902 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Ewing Lessor | Kim Arbia 600 Compus Town Drive Trenton, NJ, 08638 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Athens Lessor | Harris Aktins 51A Lawrence Lane Bay Shore, NY, 11706 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Dallas Lessor | Dan Jackson 452 Warfield Road Plainfield, NJ, 07063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Atlanta Lessor | Holly Morrison 4920 Roswell Road, Space 46 Atlanta, GA, 30342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Brick Lessor | Scott Barber 635 Bay Avenue, #40 Toms River, NJ, 08753 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Birmingham Lessor | Daniel Crawford 225 Summit Blvd Birmingham, AL, 35243 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Madison Lessor | Robin Pianko 57 Main Street Madison, NJ, 07940 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Philadelphia Lessor | Matthew Daniels 127-I US-130 Riverton, NJ, 08077 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Cinnaminson Lessor | Matthew Daniels 127 -I US-130 Riverton, NJ, 08077 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | store operating-Birmingham Lessor | Josh Giambalvo 705 30th Avenue Northport, AL, 35476 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Store operating Lessor | Paul Kenny 379 Arlington Ave North Bayville, NJ, 08721 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise agreement-Philadelphia Lessor | Johh Baum 2001 Hamilton Street Philadelphia, PA, 19130 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Franchise agreement-Colts Neck<br>Lessor | Ray Garland |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise agreement-New Brunswick<br>Lessor | Michelle Cordaro<br>37A Easton Ave<br>New Brunswick, NJ, 08901 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise Agreement-Charlotte<br>Lessor | Nick Lancetti<br>1055 Mtropolitan Ave, A4<br>Charlotte, NC, 28204 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise Agreement-Middletown<br>Lessor | Athas Dounells<br>37 Waverly Place<br>Red Bank, NJ, 07701 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise Agreement-Marlboro<br>Lessor | Kelsey Healy<br>167 US 9<br>Englishtown, NJ, 07726 |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise Agreement-Aberdeen<br>Lessor | Dhaval Patel<br>23 Atlantic Avenue<br>Matawan, NJ, 07747 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise agreement-Miamisburg<br>Lessor | Shelly Mayo-Mitchel<br>3609 Rigby Road<br>Miamisburg, OH, 45342 |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Franchise Agreement-Bridgewater<br>Lessor | Robin Pianko<br>57 Main Street<br>Madison, NJ, 07940 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise Agreement-Warren<br>Lessor | Nick Netta<br>177 Washington Valley Road<br>Warren, NJ, 07059 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise Agreement-Paduach<br>Lessor | Landon Owen<br>5194 Hinkleville<br>Paducah, KY, 42001 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise Agreement-Penn State<br>Lessor | Ellie Khater<br>140 W Franklin Street, Suite 120<br>Chapel Hill, NC, 27516 |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise Agreement-Liberty Mall<br>Lessor | Anthony Rosania<br>2 Bronia Street<br>Howell, NJ, 07731 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise agreement-Reston<br>Lessor | Digent Patel<br>25296 Nesting Square<br><br>Chantilly, VA, 20152 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Franchise Agreement-Marlton<br>Lessor | Nicole and Jesse Fearese<br>500 NJ-73, Marlton<br>Marlton, NJ, 08053 |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-West Chester Lessor | Andy Keenan 402 Wayne Brooks Drive Chester Springs, PA, 19425 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Indian Trail Lessor | Dennis Carrol 6461 E Old Monroe Road Indian Trail, NC, 28079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Princeton Lessor | George Kapetanakis 142 Nassau Street Princeton, NJ, 08542 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Delaware Lessor | Johnny Strayline 50 Colonial Court Jackson, NJ, 08527 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement-Metuchen Lessor | Dan Jackson 452 Warfield Road Plainfield, NJ, 07063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Wayne Lessor | Charlene and Antoine Atme 14 Serafin Place Glen Rock, NJ, 07452 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Store operating-Robbinsville Lessor | Doug Nixon 3817 Crosswicks Hamilton Sqare Road Trenton, NJ, 08691 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Store operating Lessor | Paul Kenny 379 Arlington Avenue N Bayville, NJ, 08721 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Store operating-Fairfax Lessor | Niraj Hemrajani 25281 Ultimate Drive Aldie, VA, 20105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | store under construction-Wall Lessor | Dan Murphy 2 Solomon Court Jackson, NJ, 08527 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Store operating-Shrewberry Lessor | Valerie O'Neill 332 Harvard Oval Freehold, NJ, 07728 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Store operating-Tuscaloosa Lessor | Josh Giambalvo 705 30th Avenue Northport, AL, 35476 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Store operating-Howell Lessor | Francine Gagliano 2231 US Highway 9 Howell, NJ, 07731 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Expired Franchise Agreement-Philadelphia Lessee | Matt Daniel 127 -I US-130 Riverton, NJ, 08077 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Nashville Lessor | Adam Pierce 5018 Centennial Blvd Nashville, TN, 37209 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Toms River Lessor | Scott Barber 635 Bay Avenue #40 Toms River, NJ, 08753 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Allentown Lessor | John Hammati 2048 W Allen Street Allentown, PA, 18104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Cherry Hill Lessor | Monica Furai 37 Las Brisas Blvd Voorhees, NJ, 08043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement--Lexington Lessor | Harris Atkins 51a Lawrence Lane Bay Shore, NY, 11706 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Clemson Lessor | Robert Calavetta 1117 Verdant Road Toms River, NJ, 08753 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Secaucus Lessor | Andrew Jackowtiz 325 US Highway 22W Flemington, NJ, 08822 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Frutta Bowls Franchising, LLC
_____
Name

Case number (if known)_____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Franchise Agreement-Auburn<br>Lessor | Sonya Lamb<br>7056 East Chase Pkwy<br>Montgomery, AL, 36117 |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Franchise Agreement-Montclair<br>Lessor | Seth Katz<br>510 Rt 9 N 2nd<br>Manaplan, NJ, 07726 |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Franchise Agreement-Rockaway<br>Lessor | Jason Schwartz<br>540 Shoppes Blvd<br>North Brunswick, NJ, 08902 |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Franchise Agreement-King of Prussia<br>Lessor | Andy Keenan<br>402 Wayne Brook Drive<br>Chester Springs, PA, 19425 |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Expired Franchise Agreement-West Chester<br>Lessor | Andy Keenan<br>402 WAyne Brook Drive<br>Chester Springs, PA, 19425 |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Franchise Agreement-San Antonio<br>Lessor | Dan Jackson<br>452 Warfield Road<br>Plainfield, NJ, 07063 |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Franchise Agreement-Somerset<br>Lessor | Dan Jackson<br>452 Warfield Road<br>North Plainfield, NJ, 07063 |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
| --- | --- | --- |
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**  Franchise Agreement-Ocean City Lessor | Johnny Strayline 50 Colonial Court Jackson, NJ, 08527 |
| | State the term remaining | |
| | List the contract number o any government contract | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Frutta Bowls Franchising, LLC___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.2 _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.5 _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.6 _____ | | _____ | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case:**

Debtor name ___Frutta Bowls Franchising, LLC___

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 99,008.00 |
| **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 1,535,113.00 |
| **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 282,711.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br><br>_____<br><br>_____<br><br>_____ | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br><br>_____<br><br>_____<br><br>_____ | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br>_____<br><br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | |

| Debtor | Frutta Bowls Franchising, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | _____ Creditor's name | | _____ | $_____ |
| 5.2. | | | | |
| | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Frutta Bowl Franchising, LLC v. Justin Bitner, et.al. | Trademark Infringement | United States District Court | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** 18-cv-02446 _____ | | 402 East State Street Trenton, NJ 08608 | |
| 7.2. | **Case title** _____ | | **Court or agency's name and address** _____ | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** _____ | | | |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | **Case number** | Name |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

Debtor    Frutta Bowls Franchising, LLC
_____    Case number (if known)_____
Name

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Frutta Bowls Franchising, LLC _____    Case number *(if known)*_____
       <sub>Name</sub>

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Debtor | Frutta Bowls Franchising, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Frutta Bowls Franchising, LLC_____    Case number (if known)_____
_____Name

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>_____Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>_____Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>_____Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>_____Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

Debtor    Frutta Bowls Franchising, LLC _____    Case number (if known)_____
          Name

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | _____ Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

Debtor      Frutta Bowls Franchising, LLC
            _____          Case number (if known)_____
            Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    Frutta Bowls Franchising, LLC
_____
Name

Case number (if known)_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Withum, Smith & Brown<br>Name<br>331 Newman Springs Road, Suite 125, Red Bank, NJ 07701 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Withum, Smith & Brown<br>Name<br>331 Newman Springs Road, Suite 125, Red Bank, NJ 07701 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Withum, Smith & Brown<br>Name<br>331 Newman Springs Road, Suite 125, Red Bank, NJ 07701 | |

Debtor    Frutta Bowls Franchising, LLC
_____
Name

Case number *(if known)*_____

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|

26c.2.    _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | Name and address |
|---|---|

26d.1.    _____
Name

|  | Name and address |
|---|---|

26d.2.    _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
Name

Debtor    Frutta Bowls Franchising, LLC
_____    Case number *(if known)*_____
Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patrick Gagliano | 54 Hudson Street, Freehold, NJ 07728 | | 43 |
| Brooke Gagliano | 54 Hudson Street, Freehold, NJ 07728 | | 57 |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor      Frutta Bowls Franchising, LLC
_____    Case number (if known)_____
            Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| Name | | |

| Relationship to debtor | |
|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/15/2019
            MM  / DD  / YYYY

✖ /s/_____    Printed name _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Adam Pierce
5018 Centennial Blvd
Nashville, TN 37209

Andrew Jackowitz
325 US Highway 22 West
Flemington, NJ 08822

Andrew Jackowtiz
325 US Highway 22W
Flemington, NJ 08822

Andrew Jackowtiz
325 US Highway 22 West
Flemington, NJ 08822

Andy Keenan
402 Wayne Brooks Drive
Chester Springs, PA 19425

Andy Keenan
402 WAyne Brook Drive
Chester Springs, PA 19425

Andy Keenan
402 Wayne Brook Drive
Chester Springs, PA 19425

Anthony Rosania
2 Bronia Street
Howell, NJ 07731

Athas Dounells
37 Waverly Place
Red Bank, NJ 07701

Athes Dounells
37 Waverly Place
Red Bank, NJ 07701

Charlene and Antoine Atme
14 Serafin Place
Glen Rock, NJ 07452

Christina Rosano
6 Lauren Court
Manaplan, NJ 07726

Christine Rosano
100 Town Square Place
Hoboken, NJ 07030

Christy Barber
635 Bay Avenue
Toms River, NJ 08753

Dan Jackson
452 Warfield Road
Plainfield, NJ 07063

Dan Jackson
452 Warfield Road
North Plainfield, NJ 07063

Dan Murphy
2 Solomon Court
Jackson, NJ 08527

Daniel Crawford
225 Summit Blvd
Birmingham, AL 35243

Danielle and Steve Papajan
11 Deer Run Drive
Freehold, NJ 07728

Dennis Carrol
6461 E Old Monroe Road
Indian Trail, NC 28079

Dhaval Patal
23 Atlantic Avenue
Matawan, NJ 07747

Dhaval Patel
23 Atlantic Avenue
Aberdeen, NJ 07747

Dhaval Patel
23 Atlantic Avenue
Matawan, NJ 07747

Digant Patel
25296 Nesting Sqare
Chantilly, VA 20152

Digent Patel
25296 Nesting Square
Chantilly, VA 20152

Doug Nixon
3817 Crosswicks Hamilton Square Rd
Trenton, NJ 08691

Doug Nixon
3817 Crosswicks Hamilton Sqare Road
Trenton, NJ 08691

Ellie  Khater
270 Walker Drive
State College, PA 16801

Ellie Khater
140 W Franklin Street, Suite 120
Chapel Hill, NC 27516

Ellie Khater
140 W Franklin Street, Suite 120
Huntington, WV 25716

Fast Signs
1766 McFarland Blvd N
Tuscaloosa, AL 35406

Francine Gagliano
2231 US Highway 9
Howell, NJ 07731

George Kapetanakis
142 Nassau Street
Princeton, NJ 08542

Gionna Marotta
142 S Livingston Avenue
Livingston, NJ 07039

Harris Aktins
51A Lawrence Lane
Bay Shore, NY 11706

Harris Atkins
51A Lawrence Lane
Bay Shore, NY 11706

Harris Atkins
51A Lawrence Lane
Bayshore, NY 11706

Harris Atkins
51a Lawrence Lane
Bay Shore, NY 11706

Holly Morrison
4920 Roswell Road, Space 46
Atlanta, GA 30342

Jason Schwartz
540 Shoppes Blvd
North Brunswick, NJ 08902

Jesse Farese
500 NJ-73, Marlton
Marlton, NJ 08053

Johh Baum
2001 Hamilton Street
Philadelphia, PA 19130

John Baum
2001 Hamilton Street
Philadelphia, PA 19130

John Giambalvo
705 30th Avenue
Northport, AL 35476

John Hammati
2048 W Allen Street
Allentown, PA 18104

Johnny Strayline
50 Colonial Court
Jackson, NJ 08527

Josh Giambalvo
705 30th Avenue
Northport, AL 35476

Josh Giambalvo
705 30th Ave
Northport, AL 35476

Justin Bitner
109 Bellis Court
Bridgewater, NJ 08807

Kelsey Healy
167 US 9
Englishtown, NJ 07726

Kim Arbia
600 Compus Town Drive
Ewing, NJ 08638

Kim Arbia
600 Compus Town Drive
Trenton, NJ 08638

Kristine Garland
340 NJ-34
Colts Neck, NJ 07722

Landon Owen
5194 Hinkleville
Paducah, KY 42001

Matt Daniel
127-I, US -130
Riverton, NJ 08077

Matt Daniel
127 -I US-130
Riverton, NJ 08077

Matthew Daniels
127 -I US-130
Riverton, NJ 08077

Matthew Daniels
127-I US-130
Riverton, NJ 08077

Michele Cordaro c/o Marks & Klein
63 Riverside Avenue
Red Bank, NJ 07701

Michelle Cordaro
37A Easton Ave
New Brunswick, NJ 08901

Monica Furai
37 Las Brisas Blvd
Voorhees, NJ 08043

Nick Lancetti
1055 Mtropolitan Ave, A4
Charlotte, NC 28204

Nick Lancetti
1055 Metropolitan Avenue, A4
Charlotte, NC 28204

Nick Netta
177 Washington Valley Road
Warren, NJ 07059

Nicole and Jesse Fearese
500 NJ-73, Marlton
Marlton, NJ 08053

Niraj Hemrajani
25281 Ultimate Drive
Aldie, VA 20105

Paul Kenny
379 Arlington Ave North
Bayville, NJ 08721

Paul Kenny
379 Arlington Avenue N
Bayville, NJ 08721

Ray Garland

Raymond Kenny
379 Arlington Avenue N
Bayville, NJ 08721

Raymond Kenny
379 Arlington Ave N
Bayville, NJ 08721

Robert Calavetta
1117 Verdant Road
Toms River, NJ 08753

Robert Calavetta
1117 Verdent Road
Toms River, NJ 08753

Robert Calvetta
1117 Verdant Road
Toms River, NJ 08753

Robin Pianko
57 Main Street
Madison, NJ 07940

Robin Pianko
Chimney Rock Crossing East
Unit #A110
Basking Ridge, NJ 07920

Sandy Trebour
6327 Pine Cove Lane
Loveland, OH 45140

Scott Barber
635 Bay Avenue
Toms River, NJ 08753

Scott Barber
635 Bay Avenue, #40
Toms River, NJ 08753

Scott Barber
635 Bay Avenue #40
Toms River, NJ 08753

Scott Camaratta
501 N Orlando Ave, Suite 225
Winter Park, FL 32789

Scott Camaratta
501 N Orlando Avenue, Suite 225
Winter Park, FL 32789

Scott Cammarata
501 N Orlando Avenue, Suite 225
Winter Park, FL 32789

Scott Cammarata
13526 Village Park Drive, Suite 224
Orlando, FL 32837

Seth Katz
510 Rt 9 N 2nd
Manaplan, NJ 07726

Shelly Mayo-Mitchel
3609 Rigby Road
Miamisburg, OH 45342

Shelly Mayo-Mitchell
3609 Rigby Road
Miamisburg, OH 45342

Sonya Lamb
7056 East Chase Pkwy
Montgomery, AL 36117

Sonya Lamb
7056 Eastchase Pkwy
Montgomery, AL 36117

Sonya Lamb
7056  East Chase Pkwy
Montgomery, AL 36117

Stacey Mangiaruga
241 W Broad Street
Quakertown, PA 18951

Valerie O'Neill
332 Harvard Oval
Freehold, NJ 07728

**United States Bankruptcy Court**

IN RE:                                                      Case No._____

Frutta Bowls Franchising, LLC
_____ Chapter _____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Patrick Gagliano<br>54 Hudson Street, Freehold, NJ 07728 | 43 | Managing member |
| Brooke Gagliano<br>54 Hudson Street, Freehold, NJ 07728 | 57 | Managing member |